# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONY DPHAX KING,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 16-6414** |
| **POLICE AND FIRE FEDERAL CREDIT** : | |
| **UNION,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __22nd__ day of May, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 23) and Plaintiff's Reply in Opposition to Motion of Police and Fire Federal Credit Union for Summary Judgment (ECF No. 26), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Continue Trial (ECF No. 29) is **DISMISSED AS MOOT**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated May 22, 2019.